# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00165-CV

**Siemens Corporation, Siemens Aktiengesellschaft, and Efficient Networks, Inc., Appellants // Brice Bartek, James Pickering, and Russell Young, Cross-Appellants**

**v.**

**Brice Bartek, James Pickering, and Russell Young, Appellees // Siemens Corporation, Siemens Aktiengesellschaft, and Efficient Networks, Inc., Cross-Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-04-001814, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion informing this Court that they have settled their dispute. They ask this Court to set aside the trial court's judgment and remand the cause for entry of orders pursuant to their settlement. We grant the motion and set aside the trial court's judgment. *See* Tex. R. App. P. 42.1(a)(2)(B). We further grant the motion to expedite the issuance of our mandate. *See* Tex. R. App. P. 18.1(c). The cause is remanded to the trial court for entry of orders effectuating the parties' settlement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Vacated and remanded

Filed:   June 1, 2007